UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JASON GOODWILL,<br>　　　　　Petitioner,<br><br>v.<br><br><br>WARDEN,<br>　　　　　Respondent. | Case No. 23-10811<br>Honorable Shalina D. Kumar<br>Mag. Judge Anthony P. Patti |

**ORDER TRANSFERRING PETITION FOR WRIT OF
HABEAS CORPUS TO THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN**

Petitioner Jason Goodwill filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. (*See* ECF No. 1.) Goodwill is currently confined at the New Lisbon Correctional Institution in Sheboygan, Wisconsin. He is serving a six-year sentence for a conviction in the Circuit Court for Sheboygan County. *See Goodwill v. Kemper*, No. 21-c-73, 2021 WL 977069, *1 (E.D. Wis. March 16, 2021).

Venue in habeas corpus actions is governed by 28 U.S.C. § 2241. A habeas petition submitted by a person in state custody may be filed in the district where the person is in custody or in the district where the person was convicted and sentenced. 28 U.S.C. § 2241(d). The district in which

the petitioner files a habeas petition, in the exercise of its discretion and in furtherance of justice, may transfer the petition to another district court for hearing and determination. *Id.*

Goodwill is confined in Sheboygan, Wisconsin and was convicted in a state court located in Sheboygan County. Sheboygan lies in the Eastern District of Wisconsin. *See* 28 U.S.C. § 130(a). In the interests of justice, the Court exercises its discretion and transfers this case to the Eastern District of Wisconsin.

Accordingly, the Court **ORDERS** the Clerk of the Court to transfer this case to the United States District Court for the Eastern District of Wisconsin.

s/Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge

Dated: May 9, 2023